UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OMAR DIALLO,<br><br>Plaintiff,<br><br>v.<br><br>ALO ENTERPRISES CORP., et al.<br><br>Defendants. | Civil Action No. 12-3762 (AET)<br><br>ORDER |

This matter having come before the Court upon Plaintiff Omar Diallo's ("Plaintiff") motion seeking leave to file an Amended Complaint to add state common law breach of contract claims against Defendants Trenton Auto Sales, Inc. ("Trenton Auto") and ALO Enterprises Corp. ("ALO Enterprises") (collectively, "Defendants"); and Defendants having opposed Plaintiff's motion; and the Court having considered all arguments made in support of and in opposition to Plaintiff's motion; and the Court having considered Plaitniff's motion without oral argument pursuant to L.Civ.R. 78.1(b); and for the reasons set forth in the Court's accompanying Memorandum Opinion; and for good cause shown;

IT IS on this 17th day of July, 2013,

ORDERED that Plaintiff's motion to amend is GRANTED; and it is further

ORDERED that the Clerk of the Court terminate this motion [Docket Entry No. 10] accordingly.

s/Tonianne J. Bongiovanni
**HONORABLE TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**