RECEIVED
SEP 07 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OMAR DIALLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALO ENTERPRISE CORP., TRENTON AUTO SALES, INC., FAJ RENTAL CORP., THUNDER ENTERPRISE, INC., AMR RIHAN,<br><br>　　　　Defendants. | Civ. No. 12-3762<br><br>**ORDER** |

THOMPSON, U.S.D.J.

　　For the reasons stated in this Court's Opinion on this same day, and for good cause shown,

　　IT IS on this 7th day of September, 2017,

　　ORDERED that Plaintiff's motion for partial summary judgment (ECF No. 100) is DENIED.

　　　　　　　　　　　　　　　　　　　　　　_/s/ Anne E. Thompson_
　　　　　　　　　　　　　　　　　　　　　　ANNE E. THOMPSON, U.S.D.J.